**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KENNETH JAMES NEILSON,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 08-2059 (JDB)** |
| **UNITED STATES, et al.,** | |
| **Defendants.** | |

## ORDER

Upon consideration of [#2] defendants' motion to dismiss the complaint, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED**.


-----------------------------------
/s/
JOHN D. BATES
United States District Judge

Dated:    December 17, 2009